UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In re:

    Angel Mojica,

                            Debtor

_____

Case no. 8-22-72295

Chapter 13

DEBTORS' MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

I Angel Mojica, certify the following to be true:

1.     I am the debtor in this chapter 13 case which was filed by me on <u>September 1, 2022.</u>

2.     My case was not converted.

3.     I do not wish to proceed with my bankruptcy case.

    **WHEREFORE,** I respectfully request that my chapter 13 case be dismissed and for such other and further relief as this court deems just and proper.

I declare under the penalties of perjury that this information is correct.

                                                                                              _____

Dated: September 14, 2022                                                    Angel Mojica
       Hicksville, New York